IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, | Case. No. 5:20-CV-03488-GEKP |
| Plaintiff, | |
| v. | |
| MERRICK GARLAND, Attorney General of the United States, et al., | |
| Defendants. | |

NOTICE OF APPEAL

Notice is hereby given that Bryan David Range, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Judgment (Dkt. 22, 23) entered August 31, 2021.

Dated: September 29, 2021                  Respectfully submitted,

By: /s/ Alan Gura                 By:   /s/ Michael P. Gottlieb
    Alan Gura*                          Michael P. Gottlieb
    Gura PLLC                             PA Bar No. 36678
    916 Prince Street, Suite 107        319 Swede Street
    Alexandria, VA 22314                Norristown, PA 19401
    703.835.9085/Fax 703.997.7665       610.279.4200
    alan@gurapllc.com                   Mikem1a1@aol.com

    *Admitted pro hac vice              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2021, a copy of the foregoing notice of appeal was electronically served upon all parties by filing the same with the Clerk of Court using the CM/ECF system and forwarding to all counsel of record.

/s/ Alan Gura
Alan Gura