# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **No. 20-3488** |
| **REGINA LOMBARDO** *et al.*, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 30th  day of August, 2021, upon consideration of the Government's Motion for Summary Judgment (Doc. No. 12), Mr. Range's Motion for Summary Judgment (Doc. No. 13), the Government's Statement of Undisputed Facts (Doc. No. 14), the Government's Response in Opposition to Mr. Range's Motion for Summary Judgment (Doc. No. 15), the Government's Response in Opposition to Mr. Range's Statement of Undisputed Material Facts (Doc. No. 16), Mr. Range's Response in Opposition to the Government's Motion for Summary Judgment (Doc. No. 17), and the Government's Reply in Support of its Motion for Summary Judgment (Doc. No. 18), it is **ORDERED** that:

1. The Government's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

2. Mr. Range's Motion for Summary Judgment (Doc. No. 13) is **DENIED**.

3. Mr. Range's Complaint (Doc. No. 1) is **DISMISSED** with prejudice.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

**BY THE COURT:**

*s/Gene E.K. Pratter*

_____

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1