BRYAN DAVID RANGE,

                Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives