# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Bryan David Range, Appellant v. Merrick Garland, et al, Appellees

APPEAL FROM DISTRICT COURT:
District: Eastern District
D.C. Docket No.: 20-cv-03488-GEKP
Date proceedings initiated in D.C.:
Date Notice of Appeal filed: 09/29/2021
USCA No.: 21-2835

## COUNSEL ON APPEAL

**Appellant(s)**: Bryan David Range
Name of Counsel: Michael P. Gottlieb, Esquire
Name of Party(ies): Bryan David Range
Address: 319 Swede Street, Norristown, PA 19401
Telephone No.: 610-279-4200
Fax No.: 610-279-4306
E-mail: mikem1a1@aol.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Paul J. Koob, Esquire
Name of Party(ies): William Barr, Regina Lombardo
Address: U.S. Attorney's Office, 615 Chestnut St., Suite 1250, Philadelphia, PA 19106
Telephone No.: 215-861-8443/8250
Fax No.:
E-mail: paul.koob@usdoj.gov

Name of Counsel: Eric D Gill, Esquire
Name of Party(ies): William Barr, Regina Lombardo
Address: U.S. Attorney's Office, 615 Chestnut St., Ste. 1250, Philadelphia, PA 19106
Telephone No.: 215-861-8443/8240
Fax No.:
E-mail: eric.gill@usdoj.gov

Is this a Cross-Appeal?   Yes ☐   No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☐   No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  Yes ☐  No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐  No ☑

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☑ OTHER Specify: Firearms

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify: _____

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify: _____

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify: _____

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify: _____
- ☐ OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 8 day of October, 2021.

Signature of Counsel: _____