# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

Bryan Range v. Attorney General United States, et al

(District Court No. 5-20-cv-03488)

## TRANSCRIPT SCHEDULING ORDER

TO: Kathy Feldman, Court Reporter

The Transcript Purchase Order Form was received on 10/12/2021. Accordingly, Kathy Feldman is hereby directed to file the transcripts on or before **11/15/2021**.

In the event the ordering party has not made the requisite financial arrangements for the transcripts, the court reporter must immediately advise the Clerk in writing.

**For questions, please contact Cara at 267-299-4210.**

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: October 12, 2021

Cc: Mike Finney
Eric D. Gill, Esq.
Michael P. Gottlieb, Esq.
Paul J. Koob, Esq.