OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

United States Court of Appeals
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 15, 2021

Eric D. Gill, Esq.
Paul J. Koob, Esq.
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Dear Counsel:

Pursuant to our docketing letter dated **September 30, 2021**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

**It is noted that, where applicable, parties must enter an appearance and comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the entity or agency is the sole respondent or to entities or agencies which acted solely as an adjudicatory tribunal.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Cara/AMR
Case Manager
267-299-4210

Cc: Michael P. Gottlieb, Esq.