IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRYAN DAVID RANGE,

    Plaintiff-Appellant,

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Defendants-Appellees.

No. 21-2835

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

The government respectfully requests a 30-day extension of time, to and including February 18, 2022, to file its brief in this case. This motion is unopposed.

In support of this motion, the government states the following:

1. Plaintiff filed his opening brief on December 20, 2021.

2. The government's responsive brief is currently due January 19, 2022. The government has not previously sought an extension of the briefing deadlines.

3. The requested extension is necessary to ensure adequate time to prepare and file the government's response brief. Kevin B. Soter is the attorney with primary responsibility for preparing the defendants' brief in this case. On December 23, 2021, the government filed an amicus brief in *Marietta Memorial*

*Hospital Employee Health Benefit Plan v. DaVita Inc.*, No. 20-1641 (S. Ct.), which Mr. Soter assisted in preparing. On January 11, 2022, Mr. Soter presented oral argument in the Federal Circuit in *Alarm.com Inc. v. Hirshfeld*, No. 21-2102 (Fed. Cir.). On February 9, 2022, Mr. Soter will present oral argument in the Ninth Circuit in *Friedenberg v. Lane County*, No. 21-35078 (9th Cir.).

Mark B. Stern is the supervisor with responsibility for the government's brief in this case. Mr. Stern also has responsibility for the following briefs: *City of St. Louis v. State of Missouri*, No. SC99290 (Missouri Supreme Court) (amicus brief filed December 21, 2021); *In re Courtney Wild*, No. 21-351 (S. Ct.) (brief in opposition filed January 4, 2022); *Martin v. United States* and *Marrs v. United States*, Nos. 18-1354, 21-2255 (Fed. Cir.) (combined response and reply brief due January 18, 2022); *Georgia v. Biden*, No. 21-14269 (11th Cir.) (opening brief due January 18, 2022); *Kentucky v. Biden*, No. 21-6147 (6th Cir.) (opening brief due January 31, 2022); *Jolley v. United States*, No. 21-5181 (D.C. Cir.) (response brief due February 2, 2022, as extended); and *Hollis v. Biden*, No. 21-60910 (5th Cir.) (response brief due February 17, 2022).

3. A thirty-day extension will also ensure sufficient time for government counsel to coordinate review with interested agencies and components of the federal government.

4. Counsel for plaintiff has informed the undersigned that plaintiff consents to this proposed change to the briefing schedule.

                                      Respectfully submitted,

                                      *s/ Kevin B. Soter*
                                      KEVIN B. SOTER
                                      *Attorney, Appellate Staff*
                                      *Civil Division, Room 7222*
                                      *U.S. Department of Justice*
                                      *950 Pennsylvania Avenue NW*
                                      *Washington, DC 20530*
                                      *California Bar No. 324524*
                                      *(202) 514-3602*
                                      *kevin.b.soter@usdoj.gov*

JANUARY 2022

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 373 words, according to the count of Microsoft Word.

                                                     */s/ Kevin B. Soter*
                                                     KEVIN B. SOTER