# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

Bryan Range    vs.   Attorney General of the U.S.

Calendar Date: July 7, 2022    Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Michael P. Gottlieb

Designation of Arguing Counsel: Michael P. Gottlieb

Member of the Bar: [✔] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)    [✔] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)     [ ] Amicus Curiae

Please list the name of the lead party being represented:

Bryan Range

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)