OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 23, 2022

Michael P. Gottlieb, Esq.
Joseph G. S. Greenlee, Esq.

Kevin B. Soter, Esq.
Mark B. Stern, Esq.

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Dear Counsel:

    The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, July 7, 2022** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Assistant Calendar Clerk
267-299-4947

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, KRAUSE and ROTH, Circuit Judges**