LAW OFFICES

# VANGROSSI & RECCHUITI

319 SWEDE STREET

NORRISTOWN, PENNSYLVANIA 19401-4801

TELEPHONE (610) 279-4200

FAX (610) 279-4306

July 6, 2022

ECF

Patricia S. Dodszuweit, Clerk
Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    RE: Bryan Range vs. Attorney General United States, et al
        Case NO. 21-2835

Dear Ms. Dodszuweit:

    Please be advised that the undersigned represents Bryan Range in the above captioned matter. This letter is in response to a letter dated July 1, 2022 authored by Kevin B. Soter, Esquire of the Justice Department.

    As I am sure that the Court is aware, the United States Supreme Court handed down the decision of New York State Rifle and Pistol Association vs. Bruen, No. 20-843, 2022 WL 2251305 (June 23, 2022). Prior to Bruen, this Court and many others used a two step framework to address constitutional challenges. That landscape has now changed.

    In Bruen, the Supreme Court refused to adopt the two step framework but rather issued their decision consistent with the one step framework of Heller. The Court emphasized that they were reviewing the history of the Second Amendment and whether or not an individual would be prohibited because of their conduct from possessing a firearm. In the Bruen case, the question was whether or not an individual could possess a firearm outside the home for personal protection.

    In reviewing the history, the Supreme Court noted that while there are certain firearm regulations today, they looked at the history of the regulations, if any.

Page 2
July 6, 2022

    In the instant matter, there is no history in 1791 that given the facts of Mr. Range's case that he would be disarmed and prevented from owning and possessing firearms. While the government claims that Mr. Range was convicted of a serious crime, this crim did not exist in 1791.

    I am respectfully requesting that this Honorable Court remand the case to the District Court for reconsideration in light of the <u>Bruen</u> decision.

    Very truly yours,

    MICHAEL P. GOTTLIEB

MPG/jcz
cc: Kevin Soter, Esquire
    Mr. Bryan Range