THURSDAY, JULY 7, 2022

Coram: SHWARTZ, KRAUSE and ROTH, Circuit Judges

S U B M I T T E D

No. 19-3558
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
GARY FRANK,
Appellant

_____

No. 21-2442
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA,
v.
DAVID CARBONARO,
Appellant

_____

No. 21-2835
Pursuant to 3rd Cir. LAR 34.1(a)

BRYAN DAVID RANGE,
Appellant
v.
ATTORNEY GENERAL UNITED STATES
OF AMERICA; et al.

_____

No. 21-3150
Pursuant to 3rd Cir. LAR 34.1(a)

UNIVERSITY OF PUERTO RICO RETIREMENT
SYSTEM; et al.
v.
LANNETT CO. INC; et al.