UNTED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,
                Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

Before:  SHWARTZ, KRAUSE and ROTH, Circuit Judges

**ORDER**

      No later than fourteen days from the date of this order, the parties shall submit briefs not to exceed 2500 words that address: (1) what, if any, impact New York State Rifle & Pistol Association, Inc. v. Bruen, 142 S. Ct. 2111 (2022), has on the factors our Court has set forth in Binderup v. Attorney General, 836 F.3d 336 (3d Cir. 2016), and Holloway v. Attorney General, 948 F.3d 164 (3d Cir. 2020), when evaluating what Bruen defines as the Government's duty to prove that its firearms regulation is part of the historical tradition that delimits the outer bounds of the right to keep and bear arms; (2) if, under Bruen, the Government bears the burden of proving that Plaintiff's conviction places him outside the scope of those entitled to Second Amendment rights, whether the Government has met that burden here; and (3) whether this Court should remand to allow the District Court to consider these issues and apply Bruen.

                                                               For the Court,

                                                               s/ Patty Shwartz
                                                              Circuit Judge

Dated: July 28, 2022

LML/cc: All counsel of record