IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRYAN DAVID RANGE,

    Plaintiff-Appellant,

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Defendants-Appellees.

No. 21-2835

**JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT ORDER**

The parties jointly request a 30-day extension of time, to and including September 12, 2022 because the extended deadline would otherwise fall on a Saturday, to file their briefs in response to the Court's July 28, 2022 Order.

In support of this motion, the parties state the following:

1. On July 28, 2022, this Court directed the parties to submit additional briefs in light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc.*, *v. Bruen*, 142 S. Ct. 2111 (2022). Those briefs are currently due August 11, 2022.

2. The parties jointly request this extension to ensure adequate time to prepare and file their briefs. The extension is necessary because of pressing business for both parties' counsel, including several existing briefing deadlines for

Plaintiff-Appellant's counsel and an oral argument for Defendants-Appellees' counsel.  Individuals who will participate in preparing and reviewing briefs for both parties also have periods of previously scheduled vacation during the month of August, including from August 9 through 15 for Plaintiff-Appellant's counsel, and government counsel will need to coordinate review within the Department of Justice.

                                       Respectfully submitted,

                                       */s/ Michael P. Gottlieb*
                                       MICHAEL P. GOTTLIEB
                                         PA Bar No. 36678
                                       Vangrossi & Recchuiti
                                       319 Swede Street
                                       Norristown, PA  19401
                                       (610) 279-4200
                                       Mikem1a1@aol.com
                                       *Counsel for Plaintiff-Appellant*

                                       */s/ Kevin B. Soter*
                                       KEVIN B. SOTER
                                         California Bar No. 324524
                                       Attorney, Appellate Staff
                                       Civil Division, Room 7222
                                       U.S. Department of Justice
                                       950 Pennsylvania Avenue NW
                                       Washington, DC  20530
                                       (202) 514-3602
                                       kevin.b.soter@usdoj.gov

                                       *Counsel for Defendants-Appellees*

AUGUST 2022

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 199 words, according to the count of Microsoft Word.

                                                */s/ Kevin B. Soter*
                                                KEVIN B. SOTER