UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,
Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

Present:  SHWARTZ, KRAUSE, and ROTH, Circuit Judges

Joint Motion for 30-Day Extension of Time to File Briefs in Response to the
Court's July 28, 2022 Order

Respectfully,
Clerk/CND

ORDER

The joint motion for an extension is granted in part.  The briefs shall be filed no later than
August 25, 2022 at noon.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated:        August 2, 2022

CND/cc:      All Counsel of Record