No. 21-2835

# In the United States Court of Appeals for the Third Circuit

---

BRYAN DAVID RANGE,

Plaintiff-Appellant,

v.

ATTORNEY GENERAL UNITED STATES, ET AL.,

Defendants-Appellees.

---

CERTIFICATE OF SERVICE

I do hereby certify that on this date, I served by ECF, a true and correct copy of the APPELLANT'S BRIEF PURSUANT TO THIS COURT'S ORDER DATED JULY 29, 2022 upon the following:

    Kevin Soter, Esquire
    U.S. Department of Justice, Civil Division
    Appellate Staff
    950 Pennsylvania Avenue, NW, Room 7222
    Washington, D.C. 20530
    202-514-3602
    Attorney for Federal Defendants

                VANGROSSI AND RECCHUITI

                BY: /s/Michael P. Gottlieb
                   MICHAEL P. GOTTLIEB
                   Attorney ID #36678
                   319 Swede Street
                   Norristown, PA 19401
                   (610) 279-4200

DATE: 08/24/2022              Attorney for Appellant