OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 2, 2022

Michael P. Gottlieb, Esq.
Joseph G. S. Greenlee, Esq.
Kevin B. Soter, Esq.
Mark B. Stern, Esq.

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Dear Counsel,

At the direction of the court, counsel in the above-entitled case are advised that oral argument on the merits is scheduled for **Monday, September 19, 2022**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 am**.

Argument will be held remotely via the **Zoom for Government** application. The Clerk's Office will provide the Zoom invitation at least 24 hours in advance. Any questions or concerns should be directed to **Greg Kane** at **(267) 299-4946**.

Only arguing counsel are permitted to join the Zoom conference and should connect 15 minutes early. Audio will be live streamed via the Court's YouTube page. N.B. The live stream is made available several minutes before the start of argument. The audio file of oral argument will be available via the Court's public website within 48 hours.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form via CM/ECF.

Appellants and Appellees are asked to provide a very brief summary of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) days. This is part of a program to provide the public with information about the Court's cases. Both summaries will be posted on the Court internet site prior to the argument date.

Page – 2 –                                          September 02, 2022

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Audio of all arguments are posted on the Court's internet website shortly after the conclusion of arguments for the day. In addition, the Court may direct that <u>video</u> of oral argument in cases that are of significant interest to the public, the bar or the academic community be posted on the website. In order to assist the Court in this determination, Appellants and Appellees will be asked when providing the summary of oral argument whether they recommend that video be posted or whether they object to the posting of video. Whether video is posted is within the sole discretion of the judges hearing oral argument. The panel of the Court will determine after oral argument whether video of any argument should be posted. Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **SHWARTZ, KRAUSE and ROTH, Circuit Judges**

Very truly yours,

*/s/ Patricia S. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: */s/ Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932