No. 21-2835

# In the
# United States Court of Appeals
# for the Third Circuit

◆

**BRYAN DAVID RANGE**,

*Plaintiff-Appellant,*

v.

**ATTORNEY GENERAL UNITED STATES**, et al.,

*Defendants-Appellees.*

◆

Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court Civil Action No. 5:20-CV-03488-GEKP

◆

**MOTION OF FIREARMS POLICY COALITION AND FPC ACTION FOUNDATION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

◆

JOSEPH G.S. GREENLEE
FPC ACTION FOUNDATION
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149
(916) 517-1665
jgreenlee@fpclaw.org

Counsel for *Amici Curiae*

*Amici Curiae* Firearms Policy Coalition and FPC Action Foundation respectfully request permission to participate in oral argument in this appeal, which the Court has scheduled for Monday, September 19, 2022. Plaintiff-Appellant consents to this request and is willing to cede some of his argument time to *amici*. Defendants-Appellees informed the undersigned that "[t]he federal government takes no position on this planned motion."

*Amici* make this request for the following reasons:

1. *Amici* respectfully submit that they offer unique perspectives and knowledge that will assist the Court in resolving this case. *Amici* have produced a wealth of research on the history of prohibited persons. *See, e.g.,* Joseph Greenlee, *The Historical Justification for Prohibiting Dangerous Persons from Possessing Arms*, 20 WYO L. REV. 249 (2020). And under the Supreme Court's recent decision in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), the historical tradition of firearm regulation is central in Second Amendment analyses.

2. *Amici* have a substantial interest in the outcome of this case. *Amici* frequently participate in challenges to 18 U.S.C. § 922(g)(1), in this Court and across the country. *See, e.g., Folajtar v. Attorney Gen. United States*,

980 F.3d 897 (3d Cir. 2020); *Holloway v. Attorney Gen. United States*, 948 F.3d 164 (3d Cir. 2020); *United States v. Mills*, 858 F. App'x 463 (3d Cir. 2021); *United States v. Torres*, No. 18-10076, 2020 U.S. App. LEXIS 10625 (9th Cir. 2020); *Atkinson v. Garland*, No. 22-1557 (7th Cir.); *Flick v. Garland*, 141 S. Ct. 2551 (2021) (cert. denied).

3. As an attorney for *amici* FPC Action Foundation, the undersigned represents Edward A. Williams in *Williams v. Attorney Gen. United States*, No. 19-2694 (3d. Cir), a challenge to § 922(g)(1). A 3-judge panel of this Court ruled against Williams based on the precedent set in *Holloway* and *Binderup v. Attorney Gen. United States*, 836 F.3d 336 (3d Cir. 2016) (en banc). But after *Bruen*, Williams petitioned for rehearing, arguing that *Bruen* invalidated the multifactor test from *Binderup*, which was applied in *Holloway*. The panel granted rehearing, vacated the opinion, and remanded the case to the district court for reconsideration in light of *Bruen*. *Williams*, No. 19-2694, Order of Aug. 18, 2022. How this Court resolves this case, and whether it applies the multifactor test, will likely have a direct impact on future cases, including *Williams* and other cases *amici* participate in.

In light of these significant interests, *amici* filed a brief in this case in support of Plaintiff-Appellant and reversal. The same interests justify their counsel's participation in oral argument to present their views and respond to any questions the Court may have.

    Respectfully submitted,

/s/ *Joseph G.S. Greenlee*
    JOSEPH G.S. GREENLEE
    FPC ACTION FOUNDATION
    5550 Painted Mirage Road
    Suite 320
    Las Vegas, NV 89149
    (916) 517-1665
    jgreenlee@fpclaw.org

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 439 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in 14-point, proportionally spaced Century Schoolbook font.

Dated this 2nd day of September 2022.

/s/ *Joseph G.S. Greenlee*
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I served the foregoing motion via the CM/ECF system for the United States Court of Appeals for the Third Circuit, which will distribute the brief to all attorneys of record in this case. No privacy redactions were necessary.

Dated this 2nd day of September 2022.

/s/ *Joseph G.S. Greenlee*
*Counsel for Amici Curiae*