UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,
Appellant

v.

ATTORNEY GENERAL UNITED STATES of AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

Present: SHWARTZ, KRAUSE, and ROTH, Circuit Judges

1. Motion by Amicus Appellants Firearms Policy Coalition Inc and FPC Action Foundation for Leave to Participate in Oral Argument

Respectfully,
Clerk/CND

ORDER

The foregoing motion is granted and Amicus may present oral argument for such a portion of Appellant's time allotment as is agreeable to Appellant.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated:     September 7, 2022

CND/cc:    All Counsel of Record