<u>10:00 A.M.</u>

<u>ZOOM CONFERENCE</u>

<u>MONDAY, SEPTEMBER 19, 2022</u>

<u>Coram: SHWARTZ, KRAUSE and ROTH, Circuit Judges</u>

<u>No. 21-2835</u>

BRYAN D. RANGE
　　　　　　　Appellant
v.
ATTORNEY GENERAL
UNITED STATES OF AMERICA

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| MICHAEL P. GOTTLIEB<br>[Brian D. Range]<br>(7 minutes per Court) | KEVIN B. SOTER |
| JOSEPH GREENLEE<br>[Amicus Appellants]<br>(8 minutes per Court) | |
| (15 minutes Total per Court) | (15 minutes per Court) |