UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,

Appellant

v.

ATTORNEY GENERAL UNITED
STATES OF AMERICA; REGINA LOMBARDO, Acting Director, Bureau
Of Alcohol, Tobacco, Firearms and Explosives

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 5-20-cv-03488)
District Judge: Honorable Gene E.K. Pratter

Argued on September 19, 2022

Before: SHWARTZ, KRAUSE and ROTH, Circuit Judges

**JUDGMENT**

This case came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 19, 2022.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court, entered August 31, 2021, be and the same is hereby **AFFIRMED**.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit,
Clerk

Dated:	November 16, 2022