NO. 21-2835

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BRYAN DAVID RANGE,

Plaintiff-Appellant,

v.

ATTORNEY GENERAL UNITED STATES, ET AL.,

Defendants-Appellees.

Appeal from a Judgment of the United States District Court for the Eastern District of Pennsylvania (Pratter, J.)
(Dist. Ct. No. 5:20-CV-03488-GEKP)

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING PETITION FOR REHEARING AND/OR REHEARING EN BANC

November 18, 2022

Michael P. Gottlieb
PA Bar No. 36678
VANGROSSI & RECCHUITI
319 Swede Street
Norristown, PA 19401
610.279.4200
Mikem1a1@aol.com
Counsel for Appellant

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S PETITION FOR REHEARING AND/OR REHEARING EN BANC

AND NOW, comes the Appellant, Bryan Range, through his counsel, Michael P. Gottlieb, Esquire, and files this Motion to Extend Time for Filing Petition for Rehearing and/or Rehearing En Banc and states as follows:

1. Appellant, Bryan Range, brought an as-applied challenge to 18 U.S.C. § 922(g)(1) maintaining that disarming him is unconstitutional.

2. Over twenty (20) years ago, Mr. Range entered a plea of guilty to a non-violent misdemeanor of the first degree, wherein he had made seemingly false statements on his and his wife's application for food stamps.

3. The trial court granted the Government's Motion for Summary Judgment, and the Appellant filed a timely appeal from that decision.

4. Prior to the Court of Appeals issuing its decision, the United States Supreme Court issued the decision of New York State Rifle & Pistol Association v. Bruen, 597 U.S. \_\_\_\_, 142 S. Ct. 2111 (2022).

5. The Supreme Court's opinion is approximately 150 pages.

6. Upon the Supreme Court issuing its opinion, this Court directed that the parties file supplemental briefs regarding the impact of the Bruen decision on the instant matter.

7. Despite the obvious application of <u>Bruen</u>, and after oral argument, this Court issued its precedential decision on November 16, 2022 affirming the trial court.

8. Pursuant to Federal Rule of Appellate Procedure **40(a)**(1), a petition for rehearing or rehearing en banc may be filed by any party within forty-five (45) days after the entry of judgment if the United States or a United States agency or employee sued in his official capacity as a party.

9. The due date would therefore be Saturday, December 31, 2022, with the actual due date being January 3, 2023, as January 1, 2023 will be celebrated on January 2, 2023.

10. The undersigned is on vacation during Thanksgiving week and also for the last ten (10) days of 2022.

11. The <u>Bruen</u> decision was a watershed decision that upended all courts of appeals' framework for resolving Second Amendment challenges.

12. As this opinion acknowledged, the Range decision is the first Circuit Court applying <u>Bruen</u>, which therefore will have wide- ranging implications throughout the United States courts.

13. The undersigned counsel not only needs time to review the <u>Bruen</u> decision in detail, but also review this Court's 50-page decision in detail.

14. This Court relied on historical sources and law review articles that were not cited in the briefs of either parties. The undersigned will need additional time to review and analyze this newly assembled historical record.

WHEREFORE, given the wide-ranging importance of this case, the scope of this Court's holding and the timing of the current due date over the holidays, Appellant, Bryan Range, respectfully requests this Honorable Court grant an additional forty-five (45) days or, in other words, until February 15, 2023, within which Appellant may file a petition for rehearing and/or rehearing en banc in this matter.

Respectfully submitted,

Michael P. Gottlieb
    PA Bar No. 36678
VANGROSSI & RECCHUITI
319 Swede Street
Norristown, PA 19401
610.279.4200
Mikem1a1@aol.com
*Counsel for Appellant*

Dated: November 18, 2022

NO. 21-2835

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Bryan David Range,

Plaintiff-Appellant,

v.

Attorney General United States, et al.,

Defendants-Appellees.

Appeal from a Judgment of the United States District Court
for the Eastern District of Pennsylvania (Pratter, J.)
(Dist. Ct. No. 5:20-CV-03488-GEKP)

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the within Motion to Extend Time for Filing Petition for Rehearing and/or Rehearing En Banc, it is hereby ORDERED that Appellant's request for an extension of time to file his petition for rehearing and/or rehearing en banc is GRANTED, and said petition is due by February 15, 2023.

BY THE COURT:

_____
J.