UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>21-2835</u>

BRYAN DAVID RANGE,
Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

Present: ROTH, <u>Circuit Judge</u>

1. Motion by Appellant to Extend Time for Filing Petition for Rehearing and/or Rehearing En Banc for additional forty-five (45) days or, until February 15, 2023

          Respectfully,
          Clerk/CND

_____ORDER_____
The foregoing motion is **DENIED**.

          By the Court,

          <u>s/ JANE R. ROTH</u>
          Circuit Judge


Dated:    November 21, 2022

CND/cc:    All Counsel of Record