[SCHEDULED FOR ORAL ARGUMENT FEBRUARY 15, 2023]

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRYAN DAVID RANGE,<br><br>　　　Plaintiff-Appellant,<br><br>　　　v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, et al.,<br><br>　　　Defendants-Appellees. | No. 21-2835 |

**UNOPPOSED MOTION FOR A 5-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

　　　The government respectfully requests a 5-day extension of time, to and including January 25, 2023, to file its supplemental brief in response to plaintiff's petition for rehearing en banc. This motion is unopposed.

　　　In support of this motion, the government states the following:

　　　1.　　On November 16, 2022, a panel of this Court entered judgment affirming the district court's order. On January 3, 2023, plaintiff filed a petition seeking rehearing en banc. On January 6, this

Court granted that petition and vacated the panel's opinion and judgment.

In the Court's order granting rehearing en banc, the Court ordered the government to file a supplemental brief by January 20 and scheduled oral argument for February 15.

2.  The government respectfully requests a 5-day extension of time in which to file its supplemental brief.

Government counsel have been contacted by counsel who intend to seek leave to file an amicus brief in support of plaintiff by January 13 (within seven days of this Court's order granting rehearing en banc). A modest extension of time is necessary to provide the government adequate time to prepare its brief in light of any amicus briefs filed on that date. The extension of time is further required because preparing the government's response requires the coordination of multiple components within the Department of Justice. Granting a 5-day extension of time would still permit the Court to consider the parties' filings, and any filings of amici, before oral argument on February 15.

3.  Counsel for plaintiff has authorized the government to state that this motion is unopposed.

Respectfully submitted,

/s/ Kevin B. Soter
KEVIN B. SOTER
ABBY C. WRIGHT
MARK B. STERN
*Attorneys, Appellate Staff*
*Civil Division, Room 7252*
*U.S. Department of Justice*
*950 Pennsylvania Ave. NW*
*Washington, DC 20530*
*(202) 305-1754*

JANUARY 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 273 words, according to the count of Microsoft Word.

                                            */s/ Kevin B. Soter*
                                            KEVIN B. SOTER