OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 9, 2023

William v. Bergstrom, Esq.
Michael P. Gottlieb, Esq.
Peter A. Patterson, Esq.
David H. Thompson, Esq.
Kevin B. Soter, Esq.
Mark B. Stern, Esq.
Joseph G. S. Greenlee, Esq.

RE:  Case No. 21-2835, Bryan Range v. Attorney General United States, et al

Dear Counsel:

By Court order dated January 6, 2023, the above mentioned case is scheduled for Rehearing En Banc on Wednesday, February 15, 2023.  At this time, counsel are directed to submit additional copies of the following documents:

Appellant's Documents
- 24 Copies of Appellant's Brief and Appendix Volume 1 – Filed 12/20/2021
- 13 Copies of Appellant's Appendix Volume 2 – Filed 12/21/2021
- 24 Copies of Appellant's Reply Brief – Filed 03/14/2022
- 24 Copies of Appellant's Supplemental Brief – Filed 08/24/2022

Appellees's Documents
- 24 Copies of Appellee's Brief – Filed 02/18/2022
- 24 Copies of Appellee's Supplemental Brief – Filed 08/25/2022

Amicus Documents
- 24 Copies of Amicus Brief – Filed 12/27/2021

Please submit the requisite copies of these documents to the Clerk no later than **Tuesday, January 17, 2023**.

If you have any questions, please contact me.

Very truly yours,
Patricia S, Dodszuweit, Clerk

By: Linda A. Lang
Case Scheduling Coordinator
267-299-4942