UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,
                               Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.

(E.D. Pa. No. 5-20-cv-03488)

Present:  CHAGARES, Chief Judge, AMBRO, JORDAN, HARDIMAN, GREENAWAY, Jr., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN and ROTH*, Circuit Judges

1. Unopposed Motion filed by Appellees for 5-Day Extension of Time to File Supplemental Brief to and including January 25, 2023

                                                    Respectfully,
                                                    Clerk/CND

_____ORDER_____
The foregoing motion is hereby granted.

                                                    By the Court,

                                                    s/Michael A. Chagares
                                                    Chief Circuit Judge

Dated:     January 10, 2023

CND/cc:    All Counsel of Record

---

*Judge Roth is participating as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.