UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE vs. ATTORNEY GENERAL OF THE UNITED STATES

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Federal Public and Community Defender Offices for the Judicial Districts in the Third Circuit

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)  ☐ Appellant(s)  ☐ Intervenor (s)
☐ Respondent(s)  ☐ Appellee(s)  ☑ Amicus Curiae

(Type or Print) Counsel's Name: Renee Pietropaolo, Assistant Federal Public Defender

Mr.  Ms.  Mrs.  Miss

Firm: Office of the Federal Public Defender
Address: 1001 Liberty Avenue, Suite 1500
City, State, Zip Code: Pittsburgh, Pennsylvania 15222
Phone: 412-644-6565   Fax: 412-644-4594
Primary E-Mail Address (required): renee_pietropaolo@fd.org
Additional E-Mail Address (1):
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Renee Pietropaolo

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 3/1/2016