IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRYAN RANGE, <br>     Appellant <br>   v. <br> <br> ATT'Y GEN'L OF THE UNITED STATES, <br>     Appellee | No. 21-2835 |

## CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPORT OF APPELLANT ON BEHALF OF THE FEDERAL PUBLIC AND COMMUNITY DEFENDER OFFICES OF THE THIRD CIRCUIT

AND NOW come Lisa B. Freeland, Federal Public Defender for the Western District of Pennsylvania, and Renee Pietropaolo, Assistant Federal Defender, and respectfully move for leave to file an *amici curiae* brief on behalf of the Federal Public and Community Defender Organizations of the Third Circuit, and in support submit the following:

1. Movants are counsel for the Federal Public and Community Defender offices for the judicial districts in the Third Circuit. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the Third Circuit Defenders represent thousands of indigent defendants annually in judicial districts throughout the circuit.

2. As institutional defenders, these offices have a unique interest and expertise in all areas of federal criminal law.

3. These organizations also defend the majority of indigent defendants charged under 18 U.S.C. § 922(g)(1), which prohibits any person convicted of a crime punishable by imprisonment for a term exceeding one year, from possessing, shipping, transporting, or receiving a firearm or ammunition. More broadly, *amici* represent individuals charged with firearms-related offenses on a daily basis and in these cases they often litigate Second Amendment issues.

4. Accordingly, *Amici* have a strong interest in the manner in which this Court construes and applies *New York State Rifle & Pistol, Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), which lies at the heart of Mr. Range's challenge.

5. The matters to be discussed in *amici's* proposed brief are relevant to the disposition of the issues before the *en banc* Court and do not unnecessarily repeat or restate arguments made by the appellant, Bryan Range.

6. Counsel for both Mr. Range and the Attorney General of the United States, consent to the filing of the proposed brief by January 13, 2023, or within 7 days of the order granting the petition for rehearing *en banc*. The government's supplemental brief is due twelve days later,

on January 25, 2023, and argument is scheduled to occur more than one month after the filing of the proposed brief for *amici*, that is, on February 15, 2023.

7.　　Proposed *amici* seek leave to file the accompanying *amici curiae* brief, as required by Federal Rule of Appellate Procedure 29(a) and the Guide to Judiciary Policy, Vol. 7 Pt. A Ch. 4 § 460.

WHEREFORE, for the foregoing reasons, counsel request, on behalf of the Federal and Community Defender Organizations of the Third Circuit, that this Court grant the within motion for leave to file the proposed *amici curiae* brief.

>　　Respectfully submitted,
>
>　　Lisa B. Freeland
>　　Federal Defender Western District
>　　of Pennsylvania
>
>　　*/s/ Renee Pietropaolo*
>　　Renee Pietropaolo
>　　Assistant Federal Defender
>
>　　Attorneys for *Amici Curiae* Federal and
>　　Community Defender Organizations of the Third
>　　Circuit