UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>21-2835</u>

BRYAN DAVID RANGE,
                        Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.

(E.D. Pa. No. 5-20-cv-03488)

Present:    CHAGARES, <u>Chief Judge</u>, AMBRO, JORDAN, HARDIMAN, GREENAWAY, Jr., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN and ROTH[*], <u>Circuit Judges</u>

Consent Motion filed by the Federal Public and Community Defender Organizations of the Third Circuit to File Amici Curiae Brief in Support of Appellant

                                                            Respectfully,
                                                            Clerk/CND

_____ORDER_____
The foregoing motion is granted.[**]

                                                            By the Court,

                                                            s/Michael A. Chagares
                                                            Chief Circuit Judge

Dated:      January 24, 2023

CND/cc:     All Counsel of Record

_____

[*] Judge Roth is participating as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.
[**] The parties have waived any potential conflict regarding the participation of the Federal Public and Community Defender Organizations of the Third Circuit before the en banc court of which Judge Arianna J. Freeman is a member. Canon 3D of the Code of Conduct for United States Judges.