## CERTIFICATION OF BAR MEMBERSHIP

I certify that I am a member of the bar of the U.S. Court of Appeals for the Third Circuit. My date of admission was August 11, 2021.

February 3, 2023

/s/ Janet Carter
Janet Carter
*Counsel for amicus curiae*
*Everytown for Gun Safety*

## CERTIFICATION OF VIRUS SCAN

I certify that the amicus brief PDF file has been scanned using Microsoft Defender, version 101.96.85, which detected no viruses.

February 3, 2023

/s/ Janet Carter
Janet Carter
*Counsel for amicus curiae*
*Everytown for Gun Safety*

## CERTIFICATION OF IDENTITY

I certify that the text of the electronic version of the brief is identical to the text of the paper copies.

February 3, 2023

/s/ Janet Carter
Janet Carter
*Counsel for amicus curiae*
*Everytown for Gun Safety*