# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __21-2835__

Bryan David Range　vs.　Att'y Gen. United States, et al.

Calendar Date __2/15/2023__　Location __Philadelphia, PA__

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: __Peter A. Patterson__

Designation of Arguing Counsel: __Peter A. Patterson__

Member of the Bar: [✓] Yes　[ ] No

Representing (check only one):

[ ] Petitioner(s)　[✓] Appellant(s)　[ ] Intervenor(s)

[ ] Respondent(s)　[ ] Appellee(s)　[ ] Amicus Curiae

Please list the name of the lead party being represented:

__Bryan David Range__

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)