# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company

David H. Thompson 1523 New Hampshire Avenue, N.W. (202) 220-9600
dthompson@cooperkirk.com Washington, D.C. 20036 Fax (202) 220-9601

April 27, 2023

**VIA CM/ECF**
Patricia S. Dodszuweit, Clerk
United States Court of Appeals
 for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

 Re: Response to Supplemental Authority in *Range v. Att'y General U.S.*,
 No. 21-2835

Dear Ms. Dodszuweit,

 I write in response to the government's submission of *United States v. Sitladeen*, No. 22-1010, 2023 WL 2765015 (April 4, 2023) as supplemental authority. *Sitladeen* does not help the government in this case.

 First, *Sitladeen* does not support the panel's conclusion that the "people" in the Second Amendment's text excludes American citizens who have been convicted of a felony. *Sitladeen* arose in the disanalogous context of the federal law banning possession of a firearm by an alien who is unlawfully present in the United States, 18 U.S.C. § 922(g)(5)(A), and the Eighth Circuit had previously held that "the plain text of the Amendment does not cover *any* conduct by unlawfully present aliens." 2023 WL 2765015, at *5 (citing *United States v. Flores*, 663 F.3d 1022 (8th Cir. 2011). Unlike an unlawfully present alien, Range is undeniably an "American[ ]" who is part of the "national community" and therefore within the plain-text meaning of "the people" as defined by *District of Columbia v. Heller*, 554 U.S. 570, 580-81 (2008). *See* Pl.-Appellant's Pet. for Reh'g En Banc at 6, Doc. 68 (Jan. 3, 2023) ("Pl.'s Pet.").

 Second, *Sitladeen* does not stand for the proposition that pre-*Bruen* court of appeals precedent upholding Section 922(g)(1) remains good law as long as it did

# Cooper & Kirk
Lawyers

Patricia S. Dodszuweit, Clerk
April 27, 2023
Page 2 of 2

not rely on means-ends scrutiny. Rather, it stands for the narrower proposition that such precedent may still be good law if it resolved a challenge through a textual and historical analysis of the Second Amendment—in other words, if it applied the *Bruen* test before *Bruen*. In any event, this is largely an academic point, as there is no question that this Circuit's pre-*Bruen* cases regarding Section 922(g)(1) are no longer good law. *See* Pl.'s Pet. at 5.

                                    Sincerely,

                                    s/ David H. Thompson
                                    David H. Thompson
                                    COOPER & KIRK PLLC
                                    1523 New Hampshire Ave., N.W.
                                    Washington, DC 20036
                                    dthompson@cooperkirk.com
                                    Tel: (202) 220-9600
                                    Fax: (202) 220-9601
                                    *Attorney for Appellant*

cc :  All counsel of record (via CM/ECF)