MAY 07, 2023

# Statement from President Joe Biden on the Shooting in Allen, Texas

Eight Americans — including children — were killed yesterday in the latest act of gun violence to devastate our nation. Jill and I are praying for their families and for others critically injured, and we are grateful to the first responders who acted quickly and courageously to save lives.

Federal, state, and local law enforcement are working closely together to investigate this attack and I have directed federal agencies to provide all needed support.

Yesterday, an assailant in tactical gear armed with an AR-15 style assault weapon gunned down innocent people in a shopping mall, and not for the first time. Such an attack is too shocking to be so familiar. And yet, American communities have suffered roughly 200 mass shootings already this year, according to leading counts. More than 14,000 of our fellow citizens have lost their lives, credible estimates show. The leading cause of death for American kids is gun violence.

Since I signed the Bipartisan Safer Communities Act into law and took two dozen executive actions to stem the tide of gun violence, we have made some progress. States are banning assault weapons, expanding red flag laws and more — but it's not enough. We need more action, faster to save lives.

Too many families have empty chairs at their dinner tables. Republican Members of Congress cannot continue to meet this epidemic with a shrug. Tweeted thoughts and prayers are not enough.

Once again I ask Congress to send me a bill banning assault weapons and high-capacity magazines. Enacting universal background checks. Requiring safe storage. Ending immunity for gun manufacturers. I will sign it immediately. We need nothing less to keep our streets safe.

###

**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.**  All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

