Everytown Research & Policy — SEE THE RESEARCH | Join

Gun Deaths by Intent
Suicide
Homicide
Children and Teens
Domestic Violence
Impact on Americans

REPORT

# Gun Violence in America

5.19.2020 — Last Updated: 2.13.2023

Share | Print

Learn More: Child & Teen Gun Safety | Domestic Violence | Gun Suicide | Impact of Gun Violence on Black Americans

Every day, **120 Americans are killed with guns and more than 200 are shot and wounded.**[1] The effects of gun violence in America extend far beyond these casualties—gun violence shapes the lives of millions of Americans who witness it, know someone who was shot, or live in fear of the next shooting.

In order to illustrate the magnitude of everyday gun violence Everytown has gathered the most comprehensive, publicly available data. Still, significant data gaps remain—a result of underfunded, incomplete data collection at the state and federal levels. Filling these gaps is necessary to truly understand the full impact of gun violence in America.

## Gun Deaths by Intent

Average Deaths per Year[2]
Total 43,375



Gun Deaths by Intent
- Gun Suicides (24,748) (57%)
- Gun Homicides (17,179) (40%)
- Shootings by Police (552) (1%)
- Unintentional Gun Deaths (507) (1%)
- Undetermined Gun Deaths (389) (1%)

Source: CDC, WONDER, Underlying Cause of Death, Four-year average, 2018-2021.
Last updated: 2.13.2023

Note: Research indicates that shootings by police are undercounted in CDC datasets, as incidents are often misclassified as homicides.[3] Mapping Police Violence's database is widely cited and estimates that over 1,000 people are fatally shot by police in an average year—nearly twice as many as recorded by the CDC.[4]

## Suicide

- When it comes to gun violence in America, nearly 6 out of every 10 gun deaths are suicides.[5]
- The US gun suicide rate is nearly 12 times that of other high-income countries.[6]
- Access to a gun triples the risk of death by suicide.[7] Gun suicides are concentrated in states with high rates of gun ownership.[8]
- White men represent 71 percent of firearm suicide victims in America.[9]



**3x**

Access to a gun triples the risk of death by suicide.

Anglemyer, Horvath, and Rutherford, "The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members: A Syst…

## Homicide

- Four out of every 10 gun deaths are homicides.[10]
- The rate of gun violence in America is staggering: The US gun homicide rate is 26 times that of other high-income countries.[11]
- Access to a gun doubles the risk of death by homicide.[12]
- Gun homicides are concentrated in cities—half of all gun homicides took place in just 127 cities, which represented nearly a quarter of the US population. Within these cities, gun homicides are most prevalent in racially segregated neighborhoods with high rates of poverty.[13]
- Black Americans represent the majority of gun homicide victims. In fact, Black Americans are 12 times more likely than white Americans to die by gun homicide.[14]



The US gun homicide rate is 26 times that of other high-income countries.

| Country | Gun homicides per 100,000 residents |
|---|---|
| Estonia | 0 |
| Japan | 0.001 |
| South Korea | 0.002 |
| Poland | 0.008 |
| Denmark | 0.017 |
| Norway | 0.038 |
| Slovenia | 0.046 |
| United Kingdom | 0.049 |
| Spain | 0.092 |
| Germany | 0.1 |
| Austria | 0.103 |
| Switzerland | 0.104 |
| Greece | 0.112 |
| Czech Republic | 0.123 |
| Australia | 0.154 |
| Belgium | 0.158 |
| Finland | 0.164 |
| Italy | 0.182 |
| Netherlands | 0.196 |
| Portugal | 0.24 |
| New Zealand | 0.245 |
| Slovakia | 0.295 |
| Ireland | 0.365 |
| Sweden | 0.388 |
| France | 0.4 |
| Canada | 0.572 |
| Israel | 0.709 |
| Chile | 0.956 |
| United States | 4.382 |

Everytown analysis of the most recent year of gun homicides by country (2013 to 2019), GunPolicy.org (accessed January 7, 2021).

Captured by the Third Circuit libraries on 06/07/2023

Case: 21-2835 Document: 112-4 Page: 2 Date Filed: 06/06/2023

Everytown analysis of the most recent year of gun homicides by country (2011 to 2019), GunPolicy.org, (accessed January 7, 2022).

Last updated: 11.1.2022

# Children and Teens

— Firearms are the leading cause of death for American children and teens.[15]

— Nearly 2,500 children and teens die by gun homicide every year.[16] For children under the age of 13, these gun homicides most frequently occur in the home and are often connected to domestic or family violence.[17]

— Black children and teens are 17 times more likely than white children and teens of the same age to die by gun homicide.[18]

**Firearms are the leading cause of death for American children and teens.**

Download

- Firearm: 4,733
- Motor Vehicle: 4,048

Source: CDC, WONDER, Underlying Cause of Death, Injury Mechanism & All Other Leading Causes, 2021, Ages 1-19.

Last updated: 2.13.2023

# Domestic Violence

— Women in the US are 28 times more likely to be killed with a gun than women in other high-income countries.[19]

— Every month, an average of 70 women in the US are shot and killed by an intimate partner,[20] and many more are shot and wounded.

— Nearly one million women alive today have been shot or shot at by an intimate partner.[21] Over 4.5 million American women in the United States today report having been threatened with a gun by an intimate partner.[22]

— Access to a gun in a domestic violence situation makes it five times more likely that a woman will be killed.[23]

**Nearly 1 million women alive today have been shot or shot at by an intimate partner.**

Everytown analysis of the National Violence Against Women Survey (Patricia Tjaden and Nancy Thoennes, "Full Report of the Prevalence, Incidence, and …

# Impact on Americans

— 59 percent of adults or someone they know or care about have experienced gun violence in their lifetime.[24]

— Approximately three million American children witness gun violence every year.[25]

**MORE RESEARCH**

**To learn more about gun violence in your state, visit EveryStat** →

EveryStat was designed for users to better understand how gun violence impacts the communities they care about.

SHARE THESE STATISTICS

*Access to a gun makes it **five times more likely** that an abusive partner will **kill his female victim.***
EVERYTOWNRESEARCH.ORG
Campbell JC, et al. Risk factors for femicide in abusive relationships: results from a multisite case control study. Am J Public Health 2003

**Gun homicides per 100,000 residents**
- 4.6
- 1.0
- 0.7
- 0.7
- 0.4
- 0.2
- 0.2
- 0.1
- 0.1
EVERYTOWNRESEARCH.ORG
Everytown analysis of most recent GunPolicy.org country data (2011-2019)

**12x**
Black Americans are 12 times more likely than white Americans to die by gun homicide.
EVERYTOWNRESEARCH.ORG
CDC, WONDER, Underlying Cause of Death, 2016-2020

**59%**
59 percent of adults or someone they know or care about have experienced gun violence in their lifetime.
EVERYTOWNRESEARCH.ORG
SurveyUSA Market Research Study #25042

**Firearms are the leading cause of death for American children and teens.**
- Firearm: 4,733
- Motor Vehicle: 4,048
- Poisoning: 2,079
- Cancer: 1,670
- Suffocation: 1,409
EVERYTOWNRESEARCH.ORG
CDC, WONDER, Underlying Cause of Death, 2021, Ages 1-19.

**Every day, 120 Americans are killed with guns.**
EVERYTOWNRESEARCH.ORG
CDC, WONDER, Underlying Cause of Death, 2016-2020

---

Everytown Research & Policy is a program of Everytown for Gun Safety Support Fund, an independent, non-partisan organization dedicated to understanding and reducing gun violence. Everytown Research & Policy works to do so by conducting methodologically rigorous research, supporting evidence-based policies, and communicating this knowledge to the American public.

## THE LATEST

**How Can We Prevent Gun Violence in American Schools?**
School leaders and policymakers must support and implement strong gun safety laws and school-based interventions.
Fact Sheet

**Promising Approaches for Implementing Extreme Risk Laws: A Guide for Practitioners and Policymakers**
This guide details the best available practices and promising approaches to effective implementation of extreme risk laws.
Report

**Beyond Measure: Gun Violence Trauma**
This study focuses on trauma from gun violence by listening to the voices and experiences of those directly impacted.
Report

**Methodological Note for Beyond Measure: Gun Violence Trauma**
Read the Report Beyond Measure: Gun Violence Trauma Report The United States is a nation of gun...
Methodological Note

---

**DID YOU KNOW?**

# Every day, 120 Americans are killed with guns.

Centers for Disease Control and Prevention, National Center for Health Statistics, WONDER Online Database, Underlying Cause of Death. A yearly average was developed using four years of the most recent available data: 2018 to 2021. Last updated: 2.13.2023

EVERYTOWN
FOR GUN SAFETY · SUPPORT FUND

🔍 Search

Everytown Gun Law Rankings
Safety in Numbers Blog Series
Gun Violence in America

## Join Us.

Every day, 120 people in America are killed with guns. The gun homicide rate in the U.S. is 26 times higher than that of other developed countries, but research shows that common-sense public safety laws can reduce gun violence and save lives.

JOIN US

Contact Us
Frequently Asked Questions
Statement on Diversity, Equity, and Inclusion (DEI) and Anti-Racism
Privacy Policy
Terms of Use
Use Accessible Colors

Everytown for Gun Safety Support Fund®
©2023 Everytown for Gun Safety Support Fund. EVERYTOWN, the EVERYTOWN FOR GUN SAFETY logo, and the flag design are trademarks or registered trademarks of Everytown for Gun Safety Action Fund, Inc.

Captured by the Third Circuit Libraries on 06/07/2023

**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.**  All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

