# Federal Denials

Reasons Why the NICS Section Denies
November 30, 1998 - May 31, 2023

| Rank | Prohibited Category Description | Total |
|---|---|---|
| 1 | Convicted of a crime punishable by more than one year or a misdemeanor punishable by more than two years | 1,139,628 |
| 2 | Fugitive from Justice | 222,513 |
| 3 | Unlawful User/Addicted to a Controlled Substance | 214,628 |
| 4 | Misdemeanor Crime of Domestic Violence Conviction | 189,170 |
| 5 | State Prohibitor | 135,311 |
| 6 | Under Indictment/Information | 117,041 |
| 7 | Protection/Restraining Order for Domestic Violence | 76,828 |
| 8 | Adjudicated Mental Health | 74,615 |
| 9 | Illegal/Unlawful Alien | 45,849 |
| 10 | Federally Denied Persons File | 6,415 |
| 11 | Dishonorable Discharge | 1,682 |
| 12 | Renounced U.S. Citizenship | 116 |

**Total Federal Denials** — **2,223,796**

**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.**  All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

