Case: 21-2836 Document: 112-9 Page: 1 Date Filed: 06/06/2023


AP NEWS

U.S. News | World News | Politics | Sports | Entertainment | Business | Technology | Health | Science | Oddities | Lifestyle | Photography | Videos

Ukraine's flag flooding | Woman arrested for shooting Black neighbor | Pope undergoes surgery | Richmond shooting | Wildfire haze drifts to US

# Florida school shooter's AR-15 rifle shown to his jurors

By TERRY SPENCER
July 25, 2022






Terry Spencer
terryspen
tspencer@ap.org

Click to copy

**RELATED TOPICS**
- U.S. News
- Education
- Florida
- Fort Lauderdale
- Parkland, Florida, school shooting
- Nikolas Cruz


The Device That's Leaving Foot Neuropathy Doctors Speechless

Premium Wooden Jigsaw Puzzles - Closing Sale - 85% Off


Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink

Deepest hole on the planet permanently sealed after finding 2-billion-year-old fossil

FORT LAUDERDALE, Fla. (AP) — Jurors in the penalty trial of Florida school shooter Nikolas Cruz got their first view Monday of the AR-15-style rifle he used to murder 17 students and staff members four years ago at Parkland's Marjory Stoneman Douglas High School, staring intently as it was carried to the front of the courtroom.

Lead prosecutor Mike Satz removed the black semi-automatic Smith & Wesson from a cardboard box and carried it to Broward sheriff's Sgt. Gloria Crespo, who said it was found in a third-floor stairwell after the Feb. 14, 2018, massacre. Video seen by jurors previously showed Cruz placed it on the landing along with his backpack and the black shooter's vest he had been wearing before fleeing the school.

The defense objected to the weapon's introduction, saying without explanation that it lacked relevance and was unfairly prejudicial. The defense also objected to Satz placing the gun on the floor behind him in easy view of the jurors instead of placing it on an evidence table away from them. Circuit Judge Elizabeth Scherer rejected the objections.

David S. Weinstein, a Miami criminal defense attorney and former prosecutor who is not involved in the case, said the defense believes that since Cruz pleaded guilty, the gun and other evidence such as surveillance video and crime scene photos are no longer relevant and serve to inflame the jurors' emotions.

Prosecutors have successfully argued that such evidence is necessary to prove the murders included at least one aggravating factor such as being committed in a cruel or heinous manner or during a crime that endangered the lives of many people.

Crespo also testified that Cruz, then 19, had five gun magazines remaining in the vest, containing 180 total bullets. He had fired more than 100 shots as he stalked the three-story building for seven minutes, firing down hallways and into classrooms. The former Stoneman Douglas student, who had been expelled a year earlier, wounded 17 in addition to the 14 students and three staff members.

The jurors also were shown photos Crespo took of the bodies of five students and a teacher who died on the third floor, all shot at close range, and photos from three autopsies. Those were not shown to the gallery, where several parents and family members sat, but were later shown to reporters in private. As most mass shooters do during their attacks and aren't brought to trial, it is rare that such photos are seen outside of law enforcement.

The crime scene photos show two girls and one boy lying dead next to each other in the hallway; a Valentine's Day stuffed animal next to one girl's head. One boy lying nearby was shot 11 times, including four times in the head. His autopsy photos showed gaping wounds to his skull and shoulder — one female juror wiped away tears as those were shown.

The parents of one boy and the wife of a staff member wept as the doctors discussed their family member's autopsy. Members of other families grasped their hands and rubbed their shoulders, then hugged them when the session ended.

This showing came three days after jurors saw their first graphic crime scene and autopsy photos. The defense has also objected to the photographs being shown, saying they are unneeded and only meant to arouse the jurors' anger.

Earlier Monday, the seven-man and five-woman jury and their 10 alternates heard from the Uber driver Laura Zucchini, whom Cruz hired to drive him to the school. She said he appeared nervous during the 13-minute ride and was carrying a large black soft-sided carrying case. Cruz told Zucchini he was going to his music lesson.

Cruz pleaded guilty in October to 17 counts of first-degree murder, so the jury will only decide if he is sentenced to death or life without parole.

His is the deadliest mass shooting in U.S. history to reach trial. Nine U.S. gunmen besides Cruz who killed at least 17 people died during or immediately after their shootings, either by suicide or police gunfire. The suspect in a 10th, the 2019 slaying of 23 people at a Walmart in El Paso, Texas, is awaiting trial.

When jurors eventually get the case, probably in October or November, they will vote 17 times, once for each of the victims, on whether to recommend capital punishment.

For each death sentence, the jury must be unanimous or the sentence for that victim is life. The jurors are told that to vote for death, the prosecution's aggravating circumstances for that victim must, in their judgment, "outweigh" the defense's mitigators. A juror can also vote for life out of mercy for Cruz, now 23. During jury selection, the panelists said under oath that they are capable of voting for either sentence.

___

Associated Press writer Freida Frisaro in Fort Lauderdale contributed to this report.

You May Like
By Taboola


Importante presa en sur de Ucrania se derrumba; Moscú y Kiev se echan la culpa
JERSÓN, Ucrania (AP) — Una importante represa en el sur de Ucrania colapsó el martes, inundando poblados, poniendo en peligro los cosechas y amenazando con interrumpir el suministro de agua potable, mientras los dos bandos en guerra se señalaban entre sí a los residentes y se adentraban a territorio peligroso.
AP News




Amazon Hates it You Do This, But They Can't Stop You (Try It Tonight)
Think you're getting the best deal when you shop online? Don't buy a single thing until you try this — you won't regret it.
Experts Advise | Shopping Component                    Learn More



**RELATED TOPICS**
- U.S. News
- Education
- Florida
- Fort Lauderdale
- Parkland, Florida, school shooting


Detroit clerk who locked door before customers were shot will face trial
A Detroit gas station clerk will stand trial for involuntary manslaughter. A judge says his decision to lock the door and then taunt an angry customer contributed to the fatal shooting of a bystander on May 6. Al-Hassan Aiyash was working behind protective glass in the middle of the night when a cus
AP News



Heart Surgeon Begs Americans: "Stop Doing This To Your Fruit"
The top 3 common foods that you would have never guessed were the cause of your fatigue.
Gundry MD | Sponsored


Belarus' Sabalenka waits for a handshake from Ukraine's Elina Svitolina at French Open, meets media | Wisconsin's GOP-led Legislature to block meningitis vaccine requirement for students

**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.** All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

