UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,

                        Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

ORDER

      By order entered July 2, 2024, the Supreme Court of the United States vacated this Court's en banc opinion and remanded the case for further consideration in light of United States v. Rahimi, 602 U.S. ___(2024). At the direction of the Court, the parties are ordered to file simultaneous supplemental briefs addressing the impact of Rahimi on this matter. The supplemental briefs shall be filed within 21 days from the date of this order and shall not exceed 6,500 words. The parties should file the supplement briefs in electronic format and provide 16 copies of the supplemental briefs in paper format.

For the Court,

s/ Patricia S. Dodszuweit

Clerk

Dated: 12 July 2024

      AWI/CC: WVB, MPG, PAP, DHT, KBS, MBS, ACW, JC, JGSG, LBF, RP,