IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRYAN DAVID RANGE,<br><br>    *Plaintiff-Appellant,*<br><br>v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>    *Defendants-Appellees.* | No. 21-2835 |

## APPELLANT'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Pursuant to L.A.R. 34.1(d), appellant Bryan David Range, by and through his undersigned attorneys, respectfully requests this Court to reschedule the en banc oral argument in the above-captioned case. In support of this motion, appellant states as follows:

1. Counsel regrets having to file this motion and understands that this Court "will grant a motion requesting rescheduling of the argument only where the moving party shows extraordinary circumstances." L.A.R. 34.1(d).

2. The extraordinary circumstance supporting this motion is that Appellant's arguing counsel is scheduled to present oral argument on October 8, 2024 in *VanDerStok v. Garland*, No. 23-852 (U.S.).

1

3. In light of the *VanDerStok* argument, maintaining the October 9, 2024 argument date in this case would be both logistically and substantively challenging for Appellant's counsel. Therefore, counsel respectfully requests that the Court reschedule the oral argument.

4. Counsel also is arguing in *Fort v. Grisham*, Nos. 23-2166, 23-2167, and 23-2185 (10th Cir.), on September 25, 2024, and counsel has a family commitment on November 15. Counsel therefore requests that, if the Court does reschedule argument, it do so on a date other than September 24, September 25, September 26, or November 15. Counsel also requests that the Court not schedule argument between October 3 and October 8, to accommodate preparation for the *VanDerStok* argument.

5. We have consulted with counsel for the Government on this motion. The Government does not oppose the motion, but arguing counsel for the Government is unavailable from September 20 through October 2 and from October 16 through October 24, each time due to preplanned leave that includes international travel.

WHEREFORE, Appellant respectfully requests that the instant motion be granted.

Dated: September 3, 2024               Respectfully submitted,

                                       /s/ Peter A. Patterson
                                       Peter A. Patterson
                                       COOPER & KIRK, PLLC
                                       1523 New Hampshire Ave., NW
                                       Washington, D.C. 20036
                                       ppatterson@cooperkirk.com
                                       Tel: (202) 220-9600
                                       Fax: (202) 220-9601

                                       *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 275 words, according to the count of Microsoft Word.

/s/ Peter A. Patterson
Peter A. Patterson

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Local Rule 25.1(b), I hereby certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. Service on all counsel for all parties has been accomplished via ECF.

s/ Peter A. Patterson
Peter A. Patterson

*Counsel for Plaintiff-Appellant*
