UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2835

BRYAN DAVID RANGE,
  Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director, Bureau of Alcohol,
Tobacco, Firearms and Explosives

(E.D. Pa. No. 5-20-cv-03488)

Present:   CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, ROTH and AMBRO, Circuit Judges

1. Unopposed Motion filed by Appellant Bryan David Range to reschedule oral argument

                                                Respectfully,
                                                Clerk/CND

_____ORDER_____
The foregoing motion is DENIED.


                                                By the Court,

                                                s/ Michael A. Chagares
                                                Chief Judge

Dated: 6 September 2024
       AWI/CC: All Counsel of Record