OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 9, 2024

| | |
|---|---|
| William V. Bergstrom, Esq. | Peter A. Patterson, Esq. |
| Janet Carter, Esq. | Renee Pietropaolo, Esq. |
| Lisa B. Freeland, Esq. | Kevin B. Soter, Esq. |
| Michael P. Gottlieb, Esq. | Mark B. Stern, Esq. |
| Joseph G. S. Greenlee, Esq. | David H. Thompson, Esq. |
| Elisa A. Long, Esq. | Abby C. Wright, Esq. |

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Dear Counsel:

At the direction of the Court, counsel are directed to file a transcript of oral argument by **Wednesday, October 23, 2024** in the above-entitled case. Liaison counsel should immediately advise the Clerk's Office of the court reporter or agency handling the transcription of oral argument. **The parties shall split the cost of the transcript.**

Please find attached a Selection of Court Reporters and a copy of the "Procedures for Filing a Transcript of Oral Argument". If you have any questions, please contact me.

RE: Bryan Range v. Attorney General United States, et al
Case Number: 21-2835
District Court Case Number: 5-20-cv-03488

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947
Ashley_Ritz@ca3.uscourts.gov

**Recommended Court Reporter Contacts:**

### Veritext
www.veritext.com
One Liberty Place, Suite 5150
Philadelphia, PA 19128
888-777-6690 – Scheduling
215-241-1000 – Direct

Kate Valiante
(215) 446-8851
kvaliante@veritext.com
cs-midatlantic@veritext.com
(please email both)

### Writer's Cramp Inc.
www.wtrscramp.com
1027 Betty Lane
Ewing, NJ 08628
Lewis Parham
(609) 588-8043
wtrscramp@verizon.net

### Transcripts Plus, Inc.
435 Riverview Circle
New Hope, PA 18938
(215) 862-1115
Karen Hartmann, CET
CourtTranscripts@aol.com

### US Legal Support
www.USLegalSupport.com
1818 Market Street, Suite 1400
Philadelphia, PA  19103
(215) 985-2400
Attn:  Yvette Samuel
Ysamuel@uslegalsupport.com
NEClientSolutions@uslegalsupport.com

### Trustpoint.One
www.courtreporting.one
1029 Vermont Ave NW, 10th Floor
Washington, DC 20005
Liz Murphy
(703) 217-5361
liz.murphy@trustpoint.one

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 9, 2024

# PROCEDURES FOR FILING A TRANSCRIPT OF ORAL ARGUMENT

When the Court directs counsel to prepare a transcript of oral argument in a case(s), the parties shall designate one attorney to be **liaison counsel** for the purpose of coordinating the production of the transcript. **Liaison** counsel shall contact **Ashley M. Ritz** at Ashley_Ritz@ca3.uscourts.gov of the Calendar Unit of the Third Circuit Clerk's Office (Room 21400) after argument to obtain the necessary information regarding the filing of the transcript of oral argument.

Liaison counsel shall contract a court reporting service to make arrangements for the transcription of the oral argument and inform the Clerk's Office Calendar Unit of the identity of the court reporter or agency. The Clerk's Office will then provide the designated court reporting service with the audio recording via electronic means.

After the transcript is completed, the court reporter shall provide the transcript to all counsel in the case. **Liaison counsel** shall file the certified original transcript electronically through **CM/ECF** and (3) hard copies of the transcript with the Clerk's Office**,** including the court reporter's certification and a certification of accuracy from liaison counsel on behalf of all parties. If corrections are necessary to the transcript, liaison counsel shall coordinate with the court reporter corrections requested by all counsel, and the final corrected version of the transcript shall be filed by liaison counsel. Corrections should be given to liaison counsel within (3) days of receipt of the transcript. Liaison counsel shall file the transcript with the Clerk's Office **no later than (14) days after oral argument** unless the Court directed a specific deadline.

**The parties shall split the cost of the transcript.**